IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

BONNIE RUTH HATTON,                    §
                                       §
        Plaintiff,                     §
                                       §
v.                                     §        2:16-CV-276-D
                                       §
NANCY A. BERRYHILL,                    §
Acting Commissioner of Social Security,§
                                       §
        Defendant.                     §

## ORDER

Plaintiff has appealed the decision of the Commissioner of the Social Security Administration denying plaintiff disability insurance benefits. The United States Magistrate Judge entered her findings, conclusions and recommendation on March 1, 2018, recommending that the decision of the Commissioner be affirmed. No objections have been filed of record as of this date.

The undersigned United States District Judge has made an independent examination of the record in this case. The undersigned hereby adopts the findings, conclusions, and recommendation of the magistrate judge, and affirms the administrative decision of the Commissioner.

**SO ORDERED**.

March 22, 2018.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE